# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:22-MJ-6269 |
| | ) No. 1:23-CR-10075 |
| PADILLA et al | ) |
| | ) |
| Defendant. | ) |

## WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney will no longer be appearing in this case for the government.

                                  Respectfully submitted,

                                  LEAH B. FOLEY
                                UNITED STATES ATTORNEY

Dated: February 3, 2025      By:    */s/ James R. Drabick*
                                        JAMES R. DRABICK
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 3, 2025      By:    */s/ James R. Drabick*
                                        JAMES R. DRABICK
                                        Assistant United States Attorney